David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Marian E. Patton

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Marian E. Patton,<br><br>          Plaintiff,<br><br>     vs.<br><br>HC CREDIT PROCESSING CENTER and EQUIFAX INFORMATIONAL SERVICES, LLC,<br><br>          Defendant(s). | Case No.: **2:15-cv-02255-APG-CWH**<br><br>**NOTICE OF SETTLEMENT BETWEEN MARIAN E. PATTON AND HC CREDIT PROCESSING CENTER** |

**NOTICE IS HERBY GIVEN** that the dispute between Marian E. Patton ("Plaintiff") and Defendant HC Credit Processing Center ("HC Credit Processing Center") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against HC Credit Processing Center, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to HC Credit Processing Center be

vacated and that the Court set a deadline sixty (60) from present for filing a

Dismissal as to HC Credit Processing Center.

    Dated: May 19, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
*Marian E. Patton*