ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON & REES LLP
3770 Howard Hughes Parkway
Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail: rlarsen@gordonrees.com
         wwong@gordonrees.com

*Attorneys for HC Credit Processing Center*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| MARIAN E. PATTON, | Case No.: 2:15-cv-02255-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO SET ASIDE DEFAULT [EFC #14]** |
| HC CREDIT PROCESSING CENTER AND EQUIFAX INFORMATIONAL SERVICES, LLC, | |
| Defendants. | |

Plaintiff, MARIAN E. PATTON, by and though her attorney, David H. Krieger, Esq. of HAINES & KRIEGER, LLC, and Defendant HC CREDIT PROCESSING CENTER, by and through its attorneys of record, Robert S. Larsen, Esq. and Wing Yan Wong, Esq. of GORDON & REES LLP, hereby submit this Stipulation and Order to Set Aside Default [EFC # 14] against Defendant HC CREDIT PROCESSING CENTER.[1]

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] HC Credit Processing Center is a d/b/a of Dent-A-Med, Inc. which is the actual business entity.

-1-

Counsel for Defendant HC CREDIT PROCESSING CENTER was recently retained and will be filing a responsive pleading within five judicial days after the Default is set aside.

Dated May 18, 2016.

GORDON & REES, LLP

*/s/ Robert S. Larsen*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169

*Attorneys for* HC Credit Processing Center

Dated May 18, 2016.

HAINES & KRIEGER, LLC

*/s/ David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff Marian E. Patton*

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED: May 19, 2016

-2-